UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLYDE JORDAN,

      Petitioner,

v.                                        Case No. 11-14358

LLOYD RAPELJE,

      Respondent.
                                     /

**ORDER GRANTING MOTION TO AMEND HABEAS PETITION**

Petitioner Clyde Jordan, a Michigan prisoner, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter is before the court on Petitioner's motion to amend his habeas petition "to preemptively address some of the procedural issues and defenses that [R]espondent might assert." (Mot. Amend 3.) Respondent has not yet filed an answer to the petition or the state court record.

Under the Federal Rules of Civil Procedure, a party may amend a pleading to which a response is required "once as a matter of course" within 21 days after service of a responsive pleading. Fed. R. Civ. P. 15(a)(1).[1] Since a responsive pleading has not yet been filed in this case, Petitioner has the right to amend his habeas petition without seeking the court's permission. *See Mayle v. Felix*, 545 U.S. 644, 655 (2005) ("Before a responsive pleading is served, pleadings may be amended once as a 'matter of course,' *i.e.*, without seeking court leave." (quoting Fed. R. Civ. P. 15(a))). Accordingly,

---

[1] Rule 15(a) applies to habeas cases as it applies to other civil cases. *See* 28 U.S.C. § 2242 ("Application for a writ of habeas corpus . . . may be amended or supplemented as provided in the rules of procedure applicable to civil actions.").

IT IS ORDERED that Petitioner's motion to amend his habeas petition [Dkt. # 5] is GRANTED.  Petitioner's amended petition [Dkt. # 6] will be considered by the court. Respondent shall file an answer to the amended petition by April 16, 2012, in accordance with the October 17, 2011 order requiring a response [Dkt. # 4].

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  March 7, 2012


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 7, 2012, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522