UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

CLYDE JORDAN,

    Petitioner,

v.                                          CASE NO. 11-14358

LLOYD RAPELJE,

    Respondent.

_____/

**JUDGMENT**

In accord with the February 28, 2013, Opinion and Order issued in this action,

IT IS ORDERED AND ADJUDGED that Clyde Jordan's Petition for a Writ of Habeas Corpus is DISMISSED WITH PREJUDICE. Dated at Detroit, Michigan, this 28th day of February, 2013.

                                DAVID J. WEAVER
                                CLERK OF THE COURT


                       BY: S/Lisa Wagner
                            Lisa Wagner, Deputy Clerk
                            and Case Manager to
                            Judge Robert H. Cleland